Before State Industrial Board, Respondent. Carmelo Di Grace, Respondent, v. American Brass Company, Appellant.— Award unanimously affirmed, with costs to the State Industrial Board, on the ground that the finding as to

causal relation is supported by some evidence, and the rate of compensation is less than the minimum fixed in the statute (Workmen's Compensation Law, § 15, subd. 6).* All concur.